UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT OWENSBORO

| | |
|---|---|
| WILLIAM JACOB CULBERTSON,<br>        Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC;<br>GLA COLLECTION CO., INC.; RESURGENT<br>CAPITAL SERVICES, L.P.; RESURGENT<br>RECEIVABLES, LLC; STERLING, INC.<br>d/b/a JARED-THE GALLERIA OF<br>JEWELRY; and TRANS UNION, LLC;<br>        Defendants. | CASE NO. 4:21-CV-71-JHM<br><br>**ELECTRONICALLY FILED**<br><br>Senior Judge Joseph H. McKinley, Jr.<br>Magistrate Judge |

**TRANS UNION, LLC'S NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Trans Union, LLC ("Trans Union") hereby removes the subject action from the Commonwealth Of Kentucky, Ohio Circuit Court to the United States District Court for the Western District of Kentucky, Owensboro Division on the following grounds:

1. Plaintiff, William Jacob Culbertson served Trans Union on or about June 29, 2021, with a Civil Summons and Complaint filed in the Commonwealth Of Kentucky, Ohio Circuit Court. Copies of the Civil Summons, Civil Case Cover Sheet and Complaint, redacted pursuant to Federal Rule of Civil Procedure 5.2, are attached hereto as **Exhibit A**, **Exhibit B** and **Exhibit C**, respectively. No other process, pleadings or orders have been served on Trans Union.

2. Plaintiff makes claims under, alleges that Trans Union violated and alleges that Trans Union is liable under the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. (the "FCRA"). See Complaint ¶¶ 1, 46-47, 56, 58, 85-88.

3. This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. § 1331 since there is a federal question. As alleged, this suit falls within the FCRA which thus supplies this federal question.

4. Pursuant to 28 U.S.C. § 1441 et seq., this cause may be removed from the Commonwealth Of Kentucky, Ohio Circuit Court, to the United States District Court for the Western District of Kentucky, Owensboro Division.

5. As of the date of this Notice Of Removal, Defendants Equifax Information Services, LLC ("Equifax"), GLA Collection Co., Inc. ("GLA"), Resurgent Capital Services, L.P. ("Resurgent Capital"), Resurgent Receivables, LLC ("Resurgent Receivables") and Sterling, Inc. d/b/a Jared – The Galleria Of Jewelry ("Jared") have been served. Counsel for Trans Union has contacted counsel and/or corporate representatives for the Defendants Equifax, GLA, Resurgent Capital and Resurgent Receivables who have consented to this removal as evidenced by the consents attached hereto as **Exhibit D**, **Exhibit E**, **Exhibit F** and **Exhibit G**, respectively.[1]

6. Notice of this removal will promptly be filed with the Commonwealth Of Kentucky, Ohio Circuit Court, and served upon all adverse parties.

WHEREFORE, Defendant Trans Union, LLC, by counsel, removes the subject action from the Commonwealth Of Kentucky, Ohio Circuit Court, to this United States District Court, Western District of Kentucky, Owensboro Division.

---

[1] Counsel for Trans Union has been unsuccessful identifying and contacting Counsel for Defendant Sterling Inc. d/b/a Jared-The Galleria of Jewelry. Counsel for Trans Union will subsequently update the Court regarding an objection or consent as to the remaining Defendant.

Respectfully submitted,


*/s/ Sandra Davis Jansen*
Sandra Davis Jansen, Esq. (IN #27803-53)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Telephone: 317-363-2400
Fax: 317-363-2257
E-Mail: sjansen@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **14th day of July, 2021**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| None | |
|---|---|

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, and/or e-mail, on the **14th day of July, 2021**, properly addressed as follows:

| **for Plaintiff William Jacob Culbertson**<br>James H. Lawson, Esq.<br>James R. McKenzie, Esq.<br>115 S. Sherrin Avenue, Suite 5<br>Louisville, KY  40207<br>james@kyconsumerlaw.com<br>jmckenzie@jmckenzielaw.com | |
|---|---|

/s/ Sandra Davis Jansen
Sandra Davis Jansen, Esq. (IN #27803-53)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  sjansen@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*